UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
LEROY DORSEY,

                Petitioner,

-against-

GAYLE HAPONIK, Superintendent,
Green Haven Correctional Facility,

                Respondent.
-----------------------------------------------------------x

**MEMORANDUM AND ORDER**
Case No. 05-CV-3424 (FB)

*Appearances:*
*For the Petitioner:*
LEROY DORSEY, *pro se*
97A3442
Green Haven Correctional Facility
Post Office Box 4000
Stormville, NY 12582-0010

*For the Respondent:*
CHARLES J. HYNES, ESQ.
District Attorney, Kings County
By: AMY MERRILL APPELBAUM, ESQ.
Assistant District Attorney
350 Jay Street
Brooklyn, NY 11201-2908

**BLOCK, Senior District Judge:**

For the reasons stated in the Court's prior order dated March 23, 2007, *see Dorsey v. Haponik*, No. 05 Civ. 3424 (E.D.N.Y. Mar. 23, 2007), petitioner has failed to make a substantial showing of the denial of a federal right; accordingly, a certificate of appealability will not issue. See 28 U.S.C. § 2253.

        **SO ORDERED.**

                                    /S/
                            FREDERIC BLOCK
                            United States Senior District Judge

Brooklyn, New York
May 2, 2007